THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS (State Bar No. 248634)
Assistant United States Attorney
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2442
    Fax:        (213) 894-7819
    Email:      Indira.J.Cameron-Banks@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALI ESLAMI, | CASE No. CV 07-2135 AHM (PLAx) |
|     Plaintiff | |
| v. | ORDER |
| US DEPARTMENT OF HOMELAND SECURITY CITIZEN AND IMMIGRATION SERVICES | |
|     Defendants | |

    Having considered the joint stipulation of the parties, IT IS SO ORDERED that the above entitled action be and is hereby dismissed without prejudice, with each party to bear its own costs and fees, including any attorney fees.

DATED: January 17, 2008

_____
UNITED STATES DISTRICT JUDGE

1